1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mbomani Mia, | No. CV 09-1940-PHX-MHM |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, et al., | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 18, 2009. On November 16, 2009, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus. Petitioner filed a reply on December 4, 2009. On September 29, 2010, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. Failure to timely file objections to any factual or legal determination of the Magistrate Judge

/ / /

1 may be considered a waiver of a party's right to *de novo* consideration of the issues. *See*
2 *United States v. Reyna-Tapia 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).*

3   After a complete and independent review of the issues presented, the Court finds itself
4 in agreement with the Report and Recommendation of the Magistrate Judge.

5   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
6 as the order of this Court (Doc. 37).

7   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
8 (Doc. 1).

9   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

10   DATED this 28th day of December, 2010.

_____
Mary H. Murguia
United States District Judge